# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:22-cr-538 |
| ) | |
| PLAINTIFF, ) | CHIEF JUDGE SARA LIOI |
| ) | |
| vs. ) | |
| ) | ORDER ON VIOLATION OF |
| ) | CONDITIONS OF SUPERVISED |
| ) | RELEASE |
| BRANDON MONTEAL WILLIAMS, ) | |
| ) | |
| DEFENDANT. ) | |

A Superseding Violation Report was filed in this case on August 28, 2024.[1] The Court referred this matter to Magistrate Judge Jennifer Dowdell Armstrong to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Armstrong reported that a supervised release violation hearing was held on August 11, 2025. The defendant admitted to the following violation:

2. Failure to Pay Restitution.[2]

The magistrate judge filed a report and recommendation on August 11, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 2. Further, the supervising U.S. Probation Officer is recommending that defendant's supervised release be continued without modification.

---

[1] The original violation report was filed on March 22, 2024.
[2] The government moved to dismiss violation 1 and this Court grants the motion.

On August 26, 2025, without objection by the government or the probation officer, and in light of the probation officer's recommendation, the defendant waived his right to proceed with a sentencing hearing before this Court. (Doc. No. 46.) Therefore, the final supervised release hearing set for August 26, 2025, is canceled.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 2.

IT IS ORDERED that the defendant's supervised release is continued without modification.

**IT IS SO ORDERED**.

Dated: August 26, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**